UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| | : | Criminal No. 06-0274 (SRC) |
| v. | : | |
| | : | ORDER |
| BRIAN DAVIS | : | |

THIS MATTER having come before the Court in the presence of Paul J. Fishman, United States Attorney for the District of New Jersey (Jonathan W. Romankow, Assistant U.S. Attorney, appearing), and K. Anthony Thomas, Esq., attorney for defendant Brian Davis, for an order granting defendant's request for a psychiatric/psychological study pursuant to 18 U.S.C. 4241 and 4247; and for good cause shown;

IT IS, on this 10 day of October, 2012;

ORDERED, pursuant to the provisions of 18 U.S.C. §§ 4241 and 4247, that defendant Brian Davis is hereby committed to the custody of the Attorney General for a reasonable period, but not to exceed thirty days from the date of this Order, as is necessary to determine whether or not defendant Brian Davis is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and it is

FURTHER ORDERED that on or before the end of the thirty day period, as appropriate, the director of such facility, or other qualified person, shall report to the Court regarding defendant

Brian Davis' mental condition (the "Report Date") and, as appropriate, shall comply with the requirements of 18 U.S.C. §§ 4241 and 4247.

STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE